U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED       LAFAYETTE

MAR 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| GERALD JAMES MARTIN | * | CIVIL ACTION NO. 13-2751 |
| VERSUS | * | JUDGE RICHARD T. HAIK, SR. |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED** that the Commissioner's decision is REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to order further IQ and memory testing as directed by Dr. M. Lucy Freeman. Claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 27th day of March, 2015.

_____
RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (1993).